# In the Northern District of Illinois, US Court

Vladimir Frankfurt,
      **Plaintiff,**

v.

Mega Entertainment Group II
Pavilion Restaurant & Petergof
Banquet Hall
Gary Fishkin
Alexander (Alex) Field
Edward Renko
      **Defendants**

Case No 15cv667

Judge: Manksh S. Shah

**FILED**
JUL 3 0 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION for judgment awarding damage

Now comes Plaintiff, Vladimir Frankfurt and in support of his motion states as follow:

1. On April 28, 2015. Plaintiff filed Amended Complaint in the Court.

2. On May 1, 2015 Private Investigator John A Pogvara from JP & Associates served personally Summons to Defendants: Mega Entertainment Group II and Pavilion Restaurant & Petergof Banquet Hall.

3. Plaintiff has made several unsuccessful attempt to serve defendants: Fishkin, Field and Renko.

4. Court granted Plaintiff's Motions for default judgment in relation to Mega Entertainment Group II and Pavilion Restaurant & Petergof Banquet Hall.and dismissal of Defendants: Gary Fishkin, Alexander (Alex) Field and Edward Renko without prejudice.

5. Defendants owed to Plaintiff in, 2008 $112,000. Calculated interest due is $84,080. Court cost is $475. (See damages and court cost in Table 1)

**Wherefore,** Plaintiff prays this Court for the judgment in favor of the Plaintiff and against the Defendants Mega Entertainment Group II and Pavilion Restaurant & Petergof Banquet Hall in the amount of $196,555

                                                  VF / Vladimir Frankfurt
                                                  Plaintiff Pro - Se

Table I

**Damages and court cost (Case # 15cv667)**

| Year | Investment | Interest Due, $ | Paid,$ | Debt, $ |
|---|---|---|---|---|
| Debt from 2008 Promissory Note* ||||||
| 2008 | $112,000 |  | 0 | 112000 |
| 2009 |  | 13440 | 0 | 13440 |
| 2010 |  | 13440 | 9000 | 4440 |
| 2011 |  | 13440 | 1000 | 12440 |
| 2012 |  | 13440 | 0 | 13440 |
| 2013 |  | 13440 | 0 | 13440 |
| 2014 |  | 13440 | 0 | 13440 |
| 2015 |  | 13440 | 0 | 13440 |
| Overall |  | 94080 | 10000 | 196080 |

Court Expenses

| | | | | |
|---|---|---|---|---|
| 2015 | Court Fee |  |  | 400 |
| 2015 | Process Server |  |  | 75 |

| | | | | |
|---|---|---|---|---|
| 2015 | Final Debt |  |  | 196555 |

\* Promissory Note specified 12% interest rate