IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 18 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Vladimir Frankfurt,
    **Plaintiff,**

v.

Mega Entertainment Group II, et al.,

    **Defendants**

Case No 15cv667

Judge: Matthew F. Kennelly

## PLAINTIFF'S MOTION FOR JUDGMENT AWARDING DAMAGE

Now comes Plaintiff, Vladimir Frankfurt and in support of his motion states as follow:

1. On 08/18/2016 an Order of Default is entered against defendants Fishkin and Renko. Court sates: "Judgment against those defendants will not be entered until all claims in this matter are resolved" (Docket # 99). See Attachment Par 99.

2. All claims in this matter were resolved on May 29, 2018.

3. Defendants currently owes Plaintiff $233,412 on account of the Promissory Note, consisting of $112,000 in principal and $121,012 in interest. Calculation was based on the $112,000 investment, made in 2008 at a 12% APR. See Table below:

| Debt from 2008 Promissory Note | | | | |
|---|---|---|---|---|
| Year | Investment,$ | Interest Due, $ | Paid,$ | Debt, $ |
| 2008 | 112,000 | | 0 | 112000 |
| 2009 | | 13440 | 0 | 13440 |
| 2010 | | 13440 | 9000 | 4440 |
| 2011 | | 13440 | 1000 | 12440 |
| 2012 | | 13440 | 0 | 13440 |
| 2013 | | 13440 | 0 | 13440 |
| 2014 | | 13440 | 0 | 13440 |
| 2015 | | 13440 | 0 | 13440 |
| 2016 | | 13440 | 0 | 13440 |
| 2017 | | 13440 | 0 | 13440 |
| 2018 | | 10052 | 0 | 10052 |
| Overall | 112000 | 131012 | 10000 | 233012 |

| 2015 | Court Fee | | 400 |
|---|---|---|---|

## CONCLUSION

Plaintiff respectfully requests this Court for the judgment in favor of the Plaintiff and against Defendants Gary Fishkin and Edward Renko in the amount of $233, 412

Respectfully Submitted,

VFr

Plaintiff  Pro-Se
Vladimir Frankfurt
816 Winchester Ln.
Northbrook, IL, 60062

CASREF,FINNEGAN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:15-cv-00667
### Internal Use Only

| | |
|---|---|
| Frankfurt v. Mega Entertainment Group II et al | Date Filed: 01/22/2015 |
| Assigned to: Honorable Matthew F. Kennelly | Jury Demand: Both |
| Referred to: Honorable Sheila M. Finnegan (Settlement) | Nature of Suit: 850 Securities/Commodities |
| Demand: $102,000 | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Securities Violation | |

**Plaintiff**

**Vladimir Frankfurt**          represented by   **Vladimir Frankfurt**
816 Winchester Ln
Northbrook, IL 60062
847-480-0996
Email: vfrankfurt@ameritech.net
PRO SE

V.

**Defendant**

**Mega Entertainment Group II**          represented by   **Lee Zeidman**
577 Waukegan Road
Waukegan, IL 60062
Zeidman & Associates Ltd,
4711 Golf Rd.
Suite 1125
Skokie, IL 60076
(847) 786-2234
Email: lrz@zlawchicago.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary Fishkin**
*TERMINATED: 07/17/2015*

**Defendant**

**Alexander Field**          represented by   **Lee Zeidman**
*Alex*
(See above for address)
*TERMINATED: 07/17/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| 06/30/2016 | 93 | MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Plaintiff's motion for leave to file third amended complaint 89 entered and continued. For the reasons stated in open court, plaintiff's third motion regarding serving summons and complaint 87 is granted. Plaintiff is directed to serve, via U.S. certified mail, a copy of the summons and complaint to defendant Gary Fishkin at the Tudor Lane address, as well as a summons and complaint addressed to Zhana Shnaydershteyn at the Tudor Lane address. The court extends the time for service to 7/8/16. Continued status hearing is set for 8/18/16 at 10:00 a.m. Notices mailed by Judicial Staff. (psm, ) (Entered: 06/30/2016) |
| 07/07/2016 | 94 | CERTIFIED mail receipt by Plaintiff Vladimir Frankfurt as to Zhana Schnaydershteyn; receipt no: 7016 0600 0001 1121 0668. (pk, ) (Entered: 07/08/2016) |
| 07/07/2016 | 95 | CERTIFIED mail receipt by Plaintiff Vladimir Frankfurt as to Gary Fishkin; receipt no: 7016 0600 0001 1121 0675. (pk, ) (Entered: 07/08/2016) |
| 08/16/2016 | 96 | MINUTE entry before the Honorable Manish S. Shah: The minute entry dated 6/30/16 93 is amended to read that the status hearing on 8/18/16 is set for 9:30 a.m. Notices mailed by Judicial Staff. (psm, ) (Entered: 08/16/2016) |
| 08/16/2016 | 97 | MOTION by Plaintiff Vladimir Frankfurt for default judgment against Edward Renko and Gary Fishkin. (aee, ) (Entered: 08/16/2016) |
| 08/16/2016 | 98 | NOTICE of Motion by Vladimir Frankfurt for presentment of motion for default judgment against Edward Renko and Gary Fishkin 97 before Honorable Manish S. Shah on 8/18/2016 at 09:30 AM. (aee, ) (Entered: 08/16/2016) |
| 08/18/2016 | 99 | MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Motion hearing held. For the reasons stated in open court, plaintiff's motion for payment for serving summons and complaint 84 is granted and defendant Field is ordered to pay plaintiff $75.00 no later than 9/1/16. Plaintiff's motion for default judgment 97 is granted in part. An order of default is entered against defendants Fishkin and Renko. Judgment against those defendants will not be entered until all claims in this matter are resolved. For the reasons stated in open court, plaintiff's motion for leave to file third amended complaint 89 is denied. All discovery must be noticed in time to be completed by 10/17/16. Continued status hearing is set for 10/26/16 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, ) (Entered: 08/18/2016) |
| 09/12/2016 | 100 | MINUTE entry before the Honorable Manish S. Shah: Status hearing is reset to 10/18/16 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, ) (Entered: 09/12/2016) |
| 10/18/2016 | 101 | MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff shall respond to defendants' discovery requests by 11/17/16. No other discovery may be issued. Any motions for summary |